# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HENRY BARROWS, #B82577, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | )  Case No. 18-cv-1400-SMY ) |
| DR. GOLDMAN, et al | ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

This matter is before the Court for consideration of Plaintiff's Response to the Court's Order to Show Cause why this case should not be dismissed for filing a fraudulent Motion for Leave to Proceed *in forma pauperis* ("IFP Motion") (Doc. 9). In his Response, Plaintiff asserts that he has not received any income in the past 12 months, and requests that the Court allow this case to proceed.

Further review of Plaintiff's prisoner trust fund account balance reveals that the $1500 labelled "bday gift" was not in fact a deposit, but a voided check that was sent out of his account two weeks earlier. That said, it is clear from Plaintiff's prisoner trust fund account statement that he is not indigent. His lowest opening monthly balance during the six-month period immediately preceding the filing of this case was $2,219.88 (in June 2018), and the highest opening monthly balance was $5,355.56 (in January 2018). Plaintiff's trust fund account balance as of July 16, 2018 was $1,672.12.

The Court has already denied Plaintiff's motion to proceed *in forma pauperis* ("IFP") and that Order stands (Doc. 8). As a result, Plaintiff was required to pay the $400 filing fee no later

1

than September 17, 2018. To date, no payments have been made, and the Court cannot allow this matter to linger indefinitely.

Accordingly, Plaintiff is hereby **ORDERED** to pay the $400.00 filing fee for this case no later than 7 days from the date of this Order (on or before October 9, 2018). Plaintiff is once again **ADVISED** of his continuing obligation to keep the Clerk and each opposing party informed of any change in his address; the Court will not independently investigate Plaintiff's whereabouts. This shall be done in writing and not later than 7 days after a transfer or other change in address occurs.

**Failure to comply with this Order will result in dismissal of this action for want of prosecution and/or for failure to comply with a court order under Federal Rule of Civil Procedure 41(b).**

IT IS SO ORDERED.

DATED: October 2, 2018

s/ STACI M. YANDLE
U.S. District Judge
