# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HENRY BARROWS, #B82577, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Case No. 18-cv-1400-SMY |
| DR. GOLDMAN, et al | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

On October 2, 2018, Plaintiff was ordered to pay the $400 filing fee for this case no later than October 9, 2018. (Doc. 10). Plaintiff was clearly warned that the failure to do so would result in dismissal of this case. The date to comply with the Order has passed, and Plaintiff has failed to pay the filing fee. As a result, this action is **DISMISSED** without prejudice, for failure to comply with an Order of this Court. **FED. R. CIV. P. 41(b).** This dismissal shall **NOT** count as one of Plaintiff's three allotted "strikes" under 28 U.S.C. § 1915(g). Plaintiff's obligation to pay the filing fee for this action was incurred at the time the action was filed, thus the filing fee of $400 remains due and payable. *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998). A separate Order directing payment shall be entered.

The Clerk's Office is **DIRECTED** to close this case and enter judgment.

**IT IS SO ORDERED.**

**DATED: October 29, 2018**

                                                            **s/ STACI M. YANDLE**
                                                             **U.S. District Judge**